IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **CRIMINAL NO.** 26-MJ-4055-RJD |
| CRAIG S. NEWTON, | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Lucas M. Ward, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1
### FELON IN POSSESSION OF A FIREARM

On or about October 14, 2026, in Jefferson County, Illinois, within the Southern District of Illinois, and elsewhere,

**CRAIG S. NEWTON,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess any firearm, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIDAVIT

1. I, Lucas M. Ward, have been assigned to the Drug Enforcement Administration (DEA). I am currently assigned to the Fairview Heights Resident Office (FHRO), as a Special Agent since August 2026. Prior to joining the DEA, I was a Police Officer with Caseyville Police Department for approximately six years. While employed with Caseyville Police Department, I was a DEA Task Force Officer assigned to the FHRO for approximately three years. Prior to being

employed by Caseyville Police Department, I was employed by Fairmont City Police Department for approximately one year. I attended the part-time Southwestern Illinois Police Academy in 2018-2019. Once hired by Caseyville Police Department I attended the transition academy at Southwestern Illinois Police Academy. I have been trained in the identification of narcotics and narcotics investigations involving the transportation of controlled substances. During my tenure in law enforcement, I have participated in numerous drug investigations involving the manufacture, transportation, and distribution of controlled substances. These investigations have resulted in the seizure of controlled substances and proceeds from the sale of controlled substances, as well as arrests and convictions of drug traffickers. I am familiar with and have utilized normal methods of investigation, including but not limited to physical and electronic surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, analysis of telephone records, the utilization of undercover officers, and the use of court-authorized wire intercepts.

2. The statements contained in this affidavit are based on my investigation, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. This affidavit is meant to state facts sufficient to support a finding of probable cause that the named defendant committed the charged offense and is not meant to contain a complete record of the entire investigation to date. In support of this Complaint, I state as follows:

3. On October 14, 2026, at approximately 12:25 a.m., DEA Task Force Officer (TFO) Griffin Diecker was monitoring traffic on southbound Interstate 57 near mile marker 102, when TFO Diecker observed a white 2024 Ford Box Truck (U-Haul) bearing Arizona license plate AM40667 traveling southbound. TFO Diecker observed the U-Haul cross over the solid white fog line several times. At approximately 12:27 a.m., TFO Diecker activated his red/blue emergency

lights to conduct a traffic stop on a white U-Haul rental box truck, coming to rest southbound on Interstate 57 near mile marker 98, in Jefferson County, Illinois, which is in the Southern District of Illinois.

4. TFO Diecker made contact on the passenger side of the vehicle with the driver, and sole occupant, identified by an Illinois driver's license as Craig S. NEWTON. NEWTON told TFO Diecker that he was currently moving from Chicago, Illinois to Memphis, Tennessee. TFO Diecker asked NEWTON if he would exit the U-Haul and sit in in the front seat of his patrol vehicle while TFO Diecker conducted law enforcement database checks. While checking law enforcement databases, TFO Diecker received an officer safety message showing that NEWTON was involved with gangs and murder. NEWTON confirmed that he owned everything in the truck. TFO Diecker requested verbal permission from NEWTON to search his vehicle, which Newton denied. TFO Diecker requested verbal permission from NEWTON to deploy his K-9 partner "Szoti" around the vehicle, which he provided verbal consent. At approximately 12:37 a.m., TFO Diecker deployed his K-9 "Szoti" for an open-air sniff around the vehicle. TFO Diecker advised NEWTON that "Szoti" gave positive alert for the odor of narcotics. The back door of the U-Haul truck was locked with a pad lock, TFO Diecker explained to NEWTON that they would search the back portion of the U-Haul due to the positive K-9 alert. NEWTON provided TFO Diecker with the key to the padlock and investigators unlocked and opened the door and began the search.

5. During the search, TFO Daniel Creamer, TFO Dakota Stracklejohn, Deputy Brett Harris, Officer Grant Green, and TFO Hayden Rapien arrived on scene to assist with the search. TFO Creamer located an unloaded black Smith and Wesson bodyguard pistol, .380 caliber, (serial number KEW6147) inside a grey and black duffel bag. TFO Creamer observed NEWTON's social

security card next to the firearm inside of the duffel bag. In that same bag, Deputy Harris and TFO Rapien located a Smith and Wesson pistol chambered in .40 caliber (serial number VJD8124).

6. TFO Creamer provided Newton's information, requested his dispatcher run NEWTON's criminal history, and he learned that NEWTON had a prior felony conviction for murder. Later criminal history records confirmed that NEWTON had previously been convicted of murder on or about July 28, 1997, in Cook County, Illinois, case number 95CR1706104, and he was sentenced to forty (40) years in the Illinois Department of Corrections. TFO Diecker placed NEWTON under arrest.

7. TFO Rapien and TFO Creamer unlocked and opened a black handheld safe and located three revolvers; one was a Taurus revolver chambered in .38 special (serial number LU469068) and the second revolver was a Smith and Wesson with a wooden handle chambered in .38 special (no visible serial number), and the third was an American Arms Inc chambered in .22 caliber (serial number E133381).

8. TFO Diecker advised NEWTON of his Miranda rights per the DEA-13 card. NEWTON advised he understood his rights. NEWTON advised that he wanted to talk to his attorney.

9. Deputy Harris took custody of NEWTON and transported him to the Jefferson County Jail where NEWTON was placed on a temporary hold. NEWTON is currently in custody.

10. After conferring with Special Agent Scott Venable, Bureau of Alcohol, Tobacco, Firearms, and Explosives, your affiant learned that Smith & Wesson and Taurus firearms are manufactured outside of the state of Illinois, thus those firearms have been shipped or transported in interstate or foreign commerce.

11. Based upon all the aforementioned information, I believe there is Probable Cause to believe that on October 14, 2026, defendant Craig S. Newton, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess any firearm, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT.

Lucas Ward
Special Agent
Drug Enforcement Administration

State of Illinois )
) SS.
County of Franklin )

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and electronic mail this 15th day of October 2026 at Benton, Illinois.

REONA J. DALY
United States Magistrate Judge
Southern District of Illinois

CASEY E. A. BLOODWORTH
Assistant United States Attorney